**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-04230-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

SANTOS PEDRO-MARCOS,

      Petitioner,

v.

DAVID W. STEWART, in his official capacity as Warden of the Denver Contract
      Detention Facility,

      Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner is being held at an immigration detention facility in Aurora, Colorado.

Petitioner's sister, Eulalia Pedro Juan, has submitted on Petitioner's behalf a Petition for

Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).[1] As part of the

Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the

document is deficient as described in this order. Petitioner will be directed to cure the

following if he wishes to pursue any claims in this action. Any papers that Petitioner files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) _____ is not submitted
(2) _____ is missing affidavit
(3) _____ is missing certified copy of prisoner's trust fund statement for the 6-month
period immediately preceding this filing
(4) _____ is missing certificate showing current balance in prison account

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(5)  ____    is missing required financial information
(6)  ____    is missing authorization to calculate and disburse filing fee payments
(7)  ____    is missing an original signature by the prisoner
(8)  ____    is not on proper form
(9)  ____    names in caption do not match names in caption of complaint, petition or habeas application
(10) ____    other: _____.

**Complaint, Petition or Application**:
(11) ____    is not submitted
(12) xx      is not on proper form (<u>must use the District of Colorado form</u>)
(13) ____    is missing an original signature by the prisoner
(14) ____    is missing page nos. ____
(15) ____    uses et al. instead of listing all parties in caption
(16) ____    names in caption do not match names in text
(17) ____    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx      other: Ms. Juan may not represent Petitioner unless Ms. Juan is represented by counsel and demonstrates she has standing to act as Petitioner's "next friend."

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of Court mail to Petitioner, together with a copy of this order, a blank copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 2, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge