IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04230-RTG

SANTOS PEDRO-MARCOS,

    Petitioner,

v.

DAVID W. STEWART, in his official capacity as Warden of the Denver Contract Detention Facility,

    Respondent.

## ORDER OF DISMISSAL

    Petitioner is a detainee at an immigration detention facility in Aurora, Colorado. Petitioner's sister initiated this action by submitting on Petitioner's behalf a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1). On January 2, 2026, Magistrate Judge Richard T. Gurley ordered Petitioner to cure certain deficiencies if he intends to pursue any claim in this action. In particular, Petitioner was directed to file an amended pleading using the District of Colorado form. Magistrate Judge Gurley directed the Clerk of Court to mail a copy of the proper form to Petitioner, and the Court's docketing records indicate the form was sent. Magistrate Judge Gurley also notified Petitioner that his sister may not represent him unless the sister is represented by counsel and demonstrates she has standing to act as Petitioner's "next friend." Petitioner was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Petitioner has failed to cure the deficiencies within the time allowed and he has

failed to respond in any way to Magistrate Judge Gurley's January 2 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to prosecute and cure the deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  11th  day of      February     , 2026.

BY THE COURT:

      s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court