IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04230-LTB

SANTOS PEDRO-MARCOS,

      Petitioner,

v.

DAVID W. STEWART, in his official capacity as Warden of the Denver Contract
      Detention Facility,

      Respondent.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on February 11, 2026, it is hereby

      ORDERED that Judgment is entered in favor of Respondent and against

Petitioner.

      DATED at Denver, Colorado, this 11th day of February, 2026.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk


                             By: s/ S. Phillips,
                                 Deputy Clerk